IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY,<br>       Plaintiff,<br><br>v.<br><br>DAVID C. WOLFE, as Trustee for the Norma S. Ashley Revocable Trust dated November 29, 2011, et al.,<br>       Defendants. | Case No. 4:15-cv-04139-SLD-JEH |

**Order**

The Plaintiff's Complaint (Doc. 1) asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction.[1] The allegations of the Complaint do not sufficiently support that assertion.

The Complaint alleges the following information about the parties. The Plaintiff is an Iowa corporation with its principal place of business located in Waverly, Iowa. Defendant-in-Interpleader Keith A. Wolfe currently resides in East Moline, Illinois. Defendant-in-Interpleader David C. Wolfe currently resides in Geneseo, Illinois. Defendant-in-Interpleader Terry A. Schild currently resides in Rock Island, Illinois. Defendant-in-Interpleader Tyler Schild currently resides in Oceanside, California. Defendant-in-Interpleader Seth Schild currently resides in Maquoketa, Iowa.

The citizenship of an individual is based upon domicile, not on residence. *America's Best Inns, Inc*, 980 F2d at 1074 (7th Cir 1992). Thus, the Plaintiff's

---

[1] The Plaintiff brings its interpleader action pursuant to 28 USC § 1335. Relevant to this Order is the provision of Section 1335 which provides that there must be two or more adverse claimants of diverse citizenship as defined in subsection (a) or (d) of section 1332 of [Title 28]. 28 USC § 1335(a)(1).

1

allegations that the individual Defendants-in-Interpleader "reside" in the identified states are insufficient to establish diversity jurisdiction under 28 USC § 1332.

Also, the Plaintiff includes Defendants' entire addresses. Local Rule 5.11(A) states that "litigants must modify or partially redact certain personal data identifiers appearing in case initiating documents, pleadings, affidavits, or other papers." Local Rule 5.11(A) suggests modification to addresses to include only City and State.

Therefore, the Plaintiff is directed to file an amended complaint that adequately alleges the factual basis for this Court's jurisdiction and that complies with Local Rule 5.11(A). The amended complaint shall be filed within 14 days of this date.

*It is so ordered.*

Entered on October 9, 2015.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE