E-FILED
Friday, 30 September, 2016  09:55:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-04139-SLD-JEH |
| | ) |
| DAVID C. WOLFE, as Trustee for the Norma S. Ashley Revocable Trust dated November 29, 2011, DAVID C. WOLFE, KEITH A. WOLFE, TYLER SCHILD, as surviving son of Pamela S. Schild, SETH SCHILD, as surviving son of Pamela S. Schild, and TERRY A. SCHILD, as surviving spouse of Pamela S. Schild, | ) |
| | ) |
| Defendants-in-Interpleader. | ) |

## ORDER

THIS MATTER COMING TO BE HEARD on Plaintiff CMFG Life Insurance Company's Motion to Discharge CMFG Life Insurance Company From Further Liability and to Dismiss it From This Lawsuit, ECF No.23, the Court finds that:

1. CMFG Life Insurance Company filed the instant action alleging that it was exposed to multiple liability due to the competing beneficiary claims of David C. Wolfe, as Trustee for the Norma S. Ashley Revocable Trust dated November 29, 2011, David C. Wolfe, Keith A. Wolfe, Tyler Schild, as surviving son of Pamela S. Schild, Terry a Schild, as surviving spouse of Pamela S Schild, and Seth Schild, as surviving son of Pamela S Schild in connection with the Single Premium Deferred Index Annuity of Norma S. Ashley ("Annuity"), now deceased.

1

2. On November 9, 2015, this Court entered an Order granting CMFG Life Insurance Company's Motion to Accept and Deposit Annuity Proceeds totaling $171,991.86 plus any and all interest due through the date of the deposit of the insurance proceeds.

3. On November 10, 2015, CMFG Life Insurance Company deposited with the Clerk of the U.S. District Court for the Central District of Illinois its Check totaling $171,991.86 and confirmed by Receipt No. 14626024796, which amount has been deposited into an interest-bearing account.

4. On November 17, 2015, CMFG Life Insurance Company also deposited with the Clerk of the U.S. District Court for the Central District of Illinois a Check in the amount of $2,926.63, representing the interest owed under the Single Premium Deferred Annuity of Norma S. Ashley. The receipt of the $2,926.63 was confirmed by Receipt No. 146260248510.

5. CMFG's motion is unopposed, and CMFG's counsel represents that he has contacted counsel for all other parties who have appeared, and that none object to the motion.

Accordingly, the Motion, ECF No. 23, discharging CMFG Life Insurance Company from any further liability, is hereby GRANTED. The Clerk is directed to terminate Plaintiff from the case.

Entered this 30th day of September, 2016.

s/ Sara Darrow
SARA DARROW
UNITED STATES DISTRICT JUDGE
